# Exhibit A

## DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, SHEPARD DAVIDSON declare as follows:
(Name)

I am the outside counsel for of DMB Financial, LLC ("DMB").
(Title)

As such, I am a duly authorized agent of DMB and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of DMB, to the removal of the case styled as *Commonwealth of Massachusetts v. DMB Financial, LLC and Global Client Solutions, LLC*, Civil Action No. 18-1472-H, from Suffolk County Superior Court in Massachusetts to the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of May, 2018

Signature: _____
Print Name: SHEPARD DAVIDSON
Title: Outside Counsel
*On behalf of DMB Financial, LLC*